ERIC GRANT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
**Nov 16, 2026**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | ~~[PROPOSED]~~ ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
| THE PERSON OF STEPHANIE MARIE WASHINGTON | 2:24-sw-0601 CKD |
| 215 CADLONI LANE, APT J, VALLEJO, CA 94591 | 2:24-sw-0602 CKD |
| 2023 TOYOTA RAV4 WITH CALIFORNIA LICENSE PLATE 9FWA400 | 2:24-sw-0603 CKD |
| INFORMATION ASSOCIATED WITH STEPHPART2@YAHOO.COM THAT IS STORED AT PREMISES CONTROLLED BY YAHOO INC. | 2:24-sw-0633 AC |
| INFORMATION ASSOCIATED WITH THE ICLOUD ACCOUNT WITH THE APPLE ID OF STEPHPART2@YAHOO.COM THAT IS STORED AT PREMISES CONTROLLED BY APPLE INC. | 2:24-sw-0856 CKD |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, unsealed.

Dated: November 16, 2026

The Honorable Jeremy D. Peterson
UNITED STATES MAGISTRATE JUDGE